FILED
 2012 Jan-13 PM 02:05
U.S. DISTRICT COURT
   N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GERALD COPE,

    Petitioner,

v.                                  CASE NO. 2:11-cv-3224-WMA-PWG

MIKE HALE, et al.,

    Respondents.

## MEMORANDUM OPINION

    The magistrate judge filed a findings and recommendation on December 6, 2011 (doc. 5), recommending that the petition for writ of habeas corpus be DENIED. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

    Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

    As to the foregoing it is SO ORDERED this the 13th day of January, 2012.

                                                  _____
                                                  WILLIAM M. ACKER, JR.
                                                  UNITED STATES DISTRICT JUDGE